```
 1  JOEL R. FRIEDMAN
    4495 Sweet Shrub Court
 2  Concord, California 94521
    Plaintiff and Counter-Defendant in propria persona
 3

 4  SEDGWICK, DETERT, MORAN & ARNOLD LLP
    REBECCA A. HULL  Bar No. 99802
 5  MICHAEL N. WESTHEIMER  Bar No. 178938
    One Market Plaza
 6  Steuart Tower, 8th Floor
    San Francisco, California 94105
 7  Telephone: (415) 781-7900
    Facsimile: (415) 781-2635
 8  Email: rebecca.hull@sdma.com
           michael.westheimer@sdma.com
 9
    Attorneys for Defendant and Counter-Claimant
10  METROPOLITAN LIFE INSURANCE COMPANY

11
12                  UNITED STATES DISTRICT COURT
13                  NORTHERN DISTRICT OF CALIFORNIA
14
```

| | |
|---|---|
| 15  JOEL R. FRIEDMAN, | CASE NO. C06-03746 PJH |
| 16       Plaintiff, | |
| 17       v. | **STIPULATION OF DISMISSAL WITH PREJUDICE**  AND ORDER |
| 18  METROPOLITAN LIFE INSURANCE COMPANY, | [F.R.C.P. 41(a)(1)] |
| 19       Defendant. | JUDGE:  Hon. Phyllis J. Hamilton<br>CTRM:   3, 17th Floor |
| 20 | |
| 21  METROPOLITAN LIFE INSURANCE COMPANY, | |
| 22       Counter-Claimant, | |
| 23       v. | |
| 24  JOEL R. FRIEDMAN, | |
| 25       Counter-Defendant. | |
| 26 | |

27      IT IS HEREBY STIPULATED by and between all parties who have appeared in this

28  action, either through their designated counsel or *in pro per*, that the above-captioned action,

-1-                                               CASE NO. C06-03746 PJH
STIPULATION OF DISMISSAL WITH PREJUDICE

including all claims and counter-claims, be and hereby is dismissed with prejudice pursuant to Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure, and that each party shall bear his or its own costs and attorneys' fees.

DATED: March 13, 2007    JOEL R. FRIEDMAN

By: *Joel R. Friedman*
Joel R. Friedman, Plaintiff and Counter-Defendant

DATED: March 13, 2007    SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: *[signature]*
Rebecca A. Hull
Michael N. Westheimer
Attorneys for Defendant and Counter-Claimant
METROPOLITAN LIFE INSURANCE COMPANY

3/14/07

IT IS SO ORDERED
*[signature]*
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA